UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MIROTABEK KHALIMOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00518-JRS-MJD |
| | ) | |
| BRANDON CROWLEY Clay County Jail Commander, *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This action is **dismissed without prejudice** pursuant to the petitioner's notice of voluntary dismissal, dkt. [14], and Fed. R. Civ. P. 41(a)(2). The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 9/9/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stanislav Ladnik
Law Office of Stanislav Ladnik, P.C.
ladniklawlit@gmail.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov